MOUNTAIN HILL PROPERTIES INC., A NEW JERSEY COR-
PORATION, PLAINTIFF-RESPONDENT, v. TOWNSHIP
COMMITTEE OF THE TOWNSHIP OF MIDDLETOWN,
*ET AL.*, DEFENDANTS-APPELLANTS.

Argued September 26, 1972—Decided September 26, 1972.

*Mr. James R. Minogue* argued the cause for appellants,
Middletown Council of Civic Associations, *et al.* (*Messrs.
Minogue & Deakin,* attorneys; *Mr. James R. Minogue,* of
counsel.)

*Mr. Peter P. Frunzi, Jr.,* argued the cause for defendant-
appellant.

*Mr. Daniel J. O'Hern* argued the cause for plaintiff-
respondent (*Messrs. Abramoff, Apy & O'Hern,* attorneys.)

PER CURIAM. A petition for certification having been sub-
mitted to this Court, and the Court having considered the
same,

It is hereupon Ordered that the petition for certification
is granted (62 *N. J.* 80), and the matter is remanded to the
Appellate Division with directions to grant the application
to intervene and to hear the merits of the appeal at a short
date to be fixed by the Appellate Division.

*For reversal* — Chief Justice WEINTRAUB and Justices
JACOBS, PROCTOR, HALL and MOUNTAIN and Judges CON-
FORD and SULLIVAN—7.

*Opposed*—None.